IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO'
EASTERN DIVISION

KEVIN E. DENNIS,

Petitioner,

v.

Civil No. 2:07-CV-1313
Criminal No. 2:05-CR-248(2)
Judge Sargus
Magistrate Judge King

UNITED STATES OF AMERICA,

Respondent.

## OPINION AND ORDER

On March 25, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that respondent's request for dismissal of the instant habeas corpus petition based on petitioner's untimely submission of a written waiver of his attorney-client privilege,, Doc. No. 61, be denied. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. Respondent's motion to dismiss, Doc. No. 61, is **DENIED.**

**IT IS SO ORDERED.**

6-29-2009
Date

EDMUND A. SARGUS, JR.
United States District Judge